# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**  **GREENBELT, MARYLAND 20770**
 301-344-0052

## M E M O R A N D U M

TO:        Counsel of Record

FROM:    Judge Roger W. Titus

RE:        *USA v. Christian Coffie*
            Criminal Case No. RWT-14-0378

DATE:    August 20, 2014

\* \* \* \* \* \* \* \* \*

Upon the request of counsel for the parties in this case, an arraignment **is hereby scheduled for August 25, 2014 at 3:00 p.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge