**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **ROGER W. TITUS**<br>UNITED STATES DISTRICT JUDGE | 6500 CHERRYWOOD LANE<br>GREENBELT, MARYLAND 20770<br>301-344-0052 |

## M E M O R A N D U M

TO:  Counsel of Record

FROM:  Judge Roger W. Titus

RE:  *United States of America v. Christian Coffie*
  Criminal Case No. RWT-14-00378

DATE:  November 19, 2014

\* \* \* \* \* \* \* \* \*

The sentencing currently scheduled for November 25, 2014, at 2:00 p.m. is hereby **RESCHEDULED** for **November 25, 2014, at 11:00 a.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE